UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Leland Foster, | ) | Case No. 3:19-cv-02541-JGC |
| Plaintiff, | ) | Honorable Judge James G. Carr |
| v. | ) | **STIPULATED DISMISSAL WITH PREJUDICE** |
| Bob-Mor Inc., | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Respectfully submitted,

/s/ Owen B. Dunn, Jr.
Owen B. Dunn, Jr. (0074743)
LAW OFFICES OF OWEN DUNN, JR.
4334 W. Central Avenue, Suite 222
Toledo, Ohio   43615
419-241-9661
419-241-9737 (fax)
dunnlawoffice@sbcglobal.net
Counsel for Plaintiff

/s/ Jennifer J. Dawson
Jennifer J. Dawson (0033707)
Krysten E. Beech (0094020)
MARSHALL & MELHORN, LLC
Four SeaGate, Eighth Floor
Toledo, Ohio 43604
419-249-7100
419-249-7151 (Fax)
dawson@marshall-melhorn.com
beech@marshall-melhorn.com
Counsel for Defendant

**ORDER**

Pursuant to the above Stipulation,

    IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

    IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated:  _____, 2021

_____
Judge James G. Carr