UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Leland Foster, | ) | Case No. 3:19-cv-02541-JGC |
| Plaintiff, | ) | Honorable Judge James G. Carr |
| v. | ) | **STIPULATED DISMISSAL WITH PREJUDICE** |
| Bob-Mor Inc., | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Respectfully submitted,

| | |
|---|---|
| */s/ Owen B. Dunn, Jr.* | */s/ Jennifer J. Dawson* |
| Owen B. Dunn, Jr. (0074743) | Jennifer J. Dawson (0033707) |
| LAW OFFICES OF OWEN DUNN, JR. | Krysten E. Beech (0094020) |
| 4334 W. Central Avenue, Suite 222 | MARSHALL & MELHORN, LLC |
| Toledo, Ohio   43615 | Four SeaGate, Eighth Floor |
| 419-241-9661 | Toledo, Ohio 43604 |
| 419-241-9737 (fax) | 419-249-7100 |
| dunnlawoffice@sbcglobal.net | 419-249-7151 (Fax) |
| Counsel for Plaintiff | dawson@marshall-melhorn.com |
| | beech@marshall-melhorn.com |
| | Counsel for Defendant |

## ORDER

Pursuant to the above Stipulation,

IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated: January 22, 2021

s/James G. Carr
_____
Judge James G. Carr